J Christopher Jorgensen, Bar No. 5382
CJorgensen@lewisroca.com
Brittni A. Tanenbaum, Bar No. 16013
BTanenbaum@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Defendant Coinbase, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LIEBSCHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC., a Delaware corporation; Does I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>Defendant. | Case No.  2:24-CV-00148-RFB-EJY<br><br>**JOINT STIPULATION AND ORDER TO ARBITRATE** |

COME NOW Plaintiff Kenneth Liebscher ("Plaintiff") and Defendant Coinbase, Inc. ("Coinbase") (collectively, the "Parties"), by and through their undersigned counsel, and hereby submit this joint stipulation to arbitrate Plaintiff's claims and stay this action, pending the completion of the arbitration, stating as follows:

1.  On August 28, 2023, Plaintiff filed suit against Coinbase in the Eighth Judicial District Court in and for Clark County, State of Nevada.  *See* ECF No. 1-1.

2.  On January 22, 2024, Coinbase removed this case to this Court. ECF No. 1.

3.  The Parties agree that Plaintiff's claims against Coinbase are subject to arbitration under the arbitration provision included in the parties' user agreement governing the account (the "User Agreement").

4.  The Parties agree that the arbitration provision governs the dispute embodied in the Complaint. Accordingly, the Parties agree to arbitrate Plaintiff's claims pursuant to the User Agreement.

124217267.1

1  WHEREFORE, The Parties therefore respectfully request that this Court enter an order
2  granting this joint stipulation and that all of the claims in this action be submitted to final, binding
3  arbitration pursuant to the terms of the parties' User Agreement and this case shall be stayed
4  pending completion of the same.
5  SO STIPULATED this 22nd day of March, 2024.

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Bar No. 5382
CJorgensen@lewisroca.com
Brittni A. Tanenbaum, Bar No. 16013
BTanenbaum@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant Coinbase, Inc.*

/s/ *Byron Thomas*
Byron Thomas, Esq.
Byronthomaslaw@gmail.com
3275 S. Jones Blvd, #104
Las Vegas, Nevada 89146
(702) 747-3103

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 10, 2024.

124217267.1

- 2 -