J Christopher Jorgensen, Bar No. 5382
CJorgensen@lewisroca.com
Brittni A. Tanenbaum, Bar No. 16013
BTanenbaum@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398

*Attorneys for Defendant Coinbase, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LIEBSCHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC., a Delaware corporation; Does I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>Defendant. | Case No.  2:24-CV-00148-RFB-EJY<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

COME NOW Plaintiff Kenneth Liebscher ("Plaintiff") and Defendant Coinbase, Inc. ("Coinbase") (collectively, the "Parties"), by and through their undersigned counsel, and hereby submit this joint stipulation for dismissal without prejudice, stating as follows:

1. On August 28, 2023, Plaintiff filed suit against Coinbase in the Eighth Judicial District Court in and for Clark County, State of Nevada. *See* ECF No. 1-1.

2. On January 22, 2024, Coinbase removed this case to this Court. *See* ECF No. 1.

3. The Parties agree to dismiss all of Plaintiff's claims against Defendant Coinbase without prejudice.

4. The Parties further stipulate that each Party shall bear its own attorneys' fees and costs incurred in this action.

5. The Parties further stipulate that this case is concluded and may be closed.

/ / /

126522836.1

1  WHEREFORE, the Parties therefore respectfully request that this Court enter an order
2  granting this joint stipulation and dismissing this case without prejudice.
3  SO STIPULATED this 29th day of October, 2024.

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Bar No. 5382
CJorgensen@lewisroca.com
Brittni A. Tanenbaum, Bar No. 16013
BTanenbaum@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

*Attorneys for Defendant Coinbase, Inc.*

/s/ *Byron Thomas*
Byron Thomas, Esq.
Byronthomaslaw@gmail.com
3275 S. Jones Blvd, #104
Las Vegas, Nevada 89146
(702) 747-3103

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30 day of October 2024.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2024, a true and correct copy of the foregoing **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** was electronically filed with the Clerk of Court using the ECF electronic filing system, which automatically serves all counsel of record.

*/s/ Lisa M. Noltie*
An employee of Lewis Roca Rothgerber Christie

126522836.1

- 3 -